Case 2:25-mj-00048   Document 6   Filed on 01/27/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:25-MJ-00048 |
| § | |
| JESUS GARCIA-HERNANDEZ § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The defendant is charged with possessing a firearm while being an alien illegally present in the United States. The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The facts of the case weigh against setting bond. Corpus Christi Police officers responded to a shooting and attempted to contact the defendant, however, the defendant disregarded the officers' commands and fled on foot. When officers apprehended the defendant he was in possession of a .40 caliber semi-automatic handgun. The defendant has no status to remain in the United States and an immigration detainer has been filed against him. If the defendant is convicted he will likely be deported after serving his sentence and would have little incentive to return to Court or comply with conditions of release. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is ORDERED DETAINED pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on January 27, 2025.

_____
Jason B. Libby
United States Magistrate Judge